**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

In re:

Texaco, Inc.

Debtors.

-----------------------------------------------------------------X

Scottie L. McCarroll and Terry E. Williams,

Appellants,

-against-

Texaco, Inc.,

Appellee.

-----------------------------------------------------------------X

25 **CIVIL** 4547 (NSR)

**JUDGMENT**

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 20, 2026, the Bankruptcy Court's May 8, 2025, Order denying Appellants' motion to reopen is affirmed; accordingly, the case is closed.

**Dated:** New York, New York
October 23, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**